# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2011

142698

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JAMES HENRY BUIE,
      Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142698
COA: 278732
Kent CC: 05-010021-FC

On order of the Court, the application for leave to appeal the January 11, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether defense counsel's agreement to allow two witnesses to testify at trial via two-way interactive video technology waived any of the defendant's rights under the Confrontation Clause, US Const, Am VI; Const 1963, art 1, § 20; (2) whether there was good cause for the use of two-way interactive video technology pursuant to MCR 6.006(C); (3) whether the parties consented to the use of two-way interactive video technology at trial pursuant to MCR 6.006(C)(2); and (4) if there was a violation of the Confrontation Clause or MCR 6.006(C), whether there was plain error affecting the defendant's substantial rights, *People v Carines*, 460 Mich 750, 763 (1999).

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2011

_____
Clerk

h0518